## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

Natasha Carter,

      Plaintiff,

v.

Southern Property Management of North
Georgia, LLC, and Lynn Tipton, and
individual,

      Defendants.

Civil Action No.:
2:20-cv-00172-RWS-JCF

## <u>NOTICE OF SETTLEMENT</u>

COME NOW, Defendants Southern Property Management of North Georgia, LLC ("Southern Property") and Lynn Tipton (collectively, the "Defendants"), by and through the undersigned counsel, and hereby file this Notice of Settlement. Plaintiff Natasha Carter and the Defendants (the "Parties") reached a settlement in principle on October 28, 2020. However, a Plaintiff has yet to execute the Settlement Agreement and requires additional time to review its terms prior to execution. Once the Settlement Agreement has been executed and the conditions of the agreement have been satisfied, Plaintiff has tentatively agreed to file the appropriate notice or motion dismissing the instant suit. Therefore, Defendants respectfully move the Court to stay the instant case based upon the Parties Settlement Agreement.

If requested by the Court, Defendants are willing to provide the Court with a joint status report every 30 days until such time.

Respectfully submitted this 28th day of October 2020.

**GORDON REES SCULLY MANSUKHANI LLP**

*/s/ Burton F. Peebles*
Leslie K. Eason
Georgia Bar No. 100186
Burton F. Peebles
Georgia Bar No. 126109
55 Ivan Allen Jr. Blvd
Suite 750
Atlanta, Georgia 30308
Telephone: (404) 869-9054
Facsimile: (678) 389-8475
leason@grsm.com
bpeebles@grsm.com

*Counsel for Defendants Southern Property Management of North Georgia, LLC, and Lynn Tipton*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 28th day of October 2020, electronically filed the foregoing using the Court's CM/ECF e-filing system, which will automatically send email notification of such filing to all attorneys of record.

*/s/ Burton F. Peebles*
COUNSEL