IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NATASHA CARTER,<br><br>    Plaintiff,<br><br>    v.<br><br>SOUTHERN PROPERTY MANAGEMENT OF NORTH GEORGIA, LLC, and LYNN TIPTON, an individual,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br><br>2:20-CV-0172-SCJ-JCF |

## O R D E R

Counsel for Plaintiff having filed Notice [Doc. 39] informing the Court that the parties to this matter have reached a settlement in principal, but it appearing that documentation of the settlement has not yet been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated. The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action. If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

**IT IS SO ORDERED**, this 29th day of October, 2020.

                                             s/Steve C. Jones
                                             STEVE C. JONES
                                             UNITED STATES DISTRICT JUDGE