# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| Natasha Carter,<br>　　　Plaintiff,<br><br>v.<br><br>Southern Property Management of<br>North Georgia, LLC and Lynn<br>Tipton, an Individual,<br>　　　Defendants. | Civil Action File No.:<br>2:20-cv-00172-RWS-JCF |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Natasha Carter, by and through undersigned counsel, hereby dismisses this action against Defendants, Southern Property Management of North Georgia, LLC and Lynn Tipton, an Individual, **with prejudice** pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Respectfully submitted this 7th day of January, 2021.

                                                **BERRY & ASSOCIATES**

                                                */s/ Matthew T. Berry*
                                                Matthew T. Berry
                                                Georgia Bar No.: 055663
                                                mberry@mattberry.com
                                                Telephone: (404) 235-3334
                                                2751 Buford Highway, Suite 600
                                                Atlanta, GA 30324
                                                *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2021, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case.

**BERRY & ASSOCIATES**

*/s/ Matthew T. Berry*
Matthew T. Berry
Georgia Bar No.: 055663

2751 Buford Highway, Suite 600
Atlanta, GA 30324
*Counsel for Plaintiff*